AFFIDAVIT
OF
THOMAS KEPLER

RE: SUMMONS
CASE NO. 8:06CV 521-T27EAJ; STACK-MANN vs. ET AL.

I Thomas Kepler, process server for the plaintiff, inadvertently left the original summons required by the court with the defendants instead of a copy of the summons when serving the defendants listed below thereby requiring the re-filing of new summons in this matter.

1. Brandt C. Downey III, Circuit Court Judge
   14250 49th Street, Chmbr. 10
   Clearwater, Fl 33762

2. Anne Mason
   c/o Mason Law, P.L
   4755 East Bay Drive
   Tampa, Fl 33764

3. Anne S. Mason, as Registered Agent for
   MASON & ASSOCIATES
   c/o Mason Law, P.L.
   4755 East Bay Drive
   Clearwater, Fl 33764

Date 7/7/06

By: _____
Thomas Kepler