UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:06-cv-521-T-17-EAJ

**PETER G. STACK,**
et al.,

        Plaintiffs,

vs.

**MASON & ASSOCIATES**, et al.,

        Defendants.
_____/

## DEFENDANT WATTS' MOTION FOR RULE 11 SANCTIONS

Defendants Stephen G. Watts, Esquire, and Stephen G. Watts, P.A. (collectively referred to as "Watts"), together with Watts' undersigned attorney, file this Motion for Rule 11 Sanctions against both Defendants (Peter G. Stack and Sandra Mann-Stack) and say:

1. Watts and their undersigned counsel mailed the attached Motion for Rule 11 Sanctions to both Plaintiffs on September 10, 2007, providing them notice of the intention to pursue appropriate sanctions for the filing and maintaining of a frivolous lawsuit against Stephen G. Watts, Esq., and his P.A., as well as their undersigned counsel.

2. More than 21-days have passed with no curative action being taken by either Plaintiff.

3. Although *pro se*, both Plaintiffs are bound by the same rules as are any party, to include ascertaining the applicable facts and law that are associated with an

arguable claim for which relief can be granted. In the case of Watts and Watts' counsel, Plaintiffs have failed to even state the thinnest prima facie case. In fact, the Judgment in the case (Doc. 100) and the Order from which it was derived (Doc. 98) found that the case was filed in bad faith, which followed a Rule 11 warning (Doc. 86) from the court. Yet the Plaintiffs persist to ignore this Court and the rule of law.

4. Sanctions are long overdue and the movants herein have been economically prejudiced by having to defend frivolous and unfounded lawsuit and appeal.

WHEREFORE, Defendants Watts and Watts, P.A., seek the recovery of their attorneys fees and costs associated with defending the charges filed against them by both Plaintiffs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was delivered by U.S. Mail to Peter G. Stack, P.O. Box 24507, Tampa, FL 33623, and to Sandra Mann-Stack, 20 Pinetree Court, Palm Harbor, FL 34683, this October 8th, 2007, and to all other parties via the PACER electronic filing e-mail system..

_____
Robert G. Walker, Jr., Esq.
Robert G. Walker, P.A.
Attorney for Defendant
1421 Court Street, Suite F
Clearwater, Florida 33756
Phone: (727) 442-8683
Fax: (727) 441-1895
Fla. Bar No. 329428
Email: Walkerlaws@aol.com